

EXHIBIT C-1