# Your Logo Here

- Remove liner from 3M™ repositionable adhesive.

- Stick to medicine bottle.
  Do not cover important information.

- Align all indicators to the left.

- Slide and click indicator to right after taking medication each day.

- At week's end, simply slide and click all indicators to the left again.

- After all medication is taken, remove and stick to new medicine bottle.

For more information, please call
**Your phone number or email address**

URL imprint here

EXHIBIT C-2