

EXHIBIT D-1