# Exhibit A

# Mike Hogan

| | |
|---|---|
| **From:** | Charlie Peeler <CPeeler@fpplaw.com> |
| **Sent:** | Thursday, March 26, 2015 4:29 AM |
| **To:** | Mike Hogan; scott.burwell@finnegan.com |
| **Subject:** | Webster Definitions |
| **Attachments:** | Webster definitions.pdf |

Mike, Scott—

Mr. Kemnitzer also considered these highlighted definitions in claim construction.  Will bring a hard copy to depo.

Also, on further review a more accurate definition of slide base channel is a recessed area on the top of surface of the slide base, and Plaintiff is adopting this definition, which is much closer to defendants' construction of this element.

Charlie