

DD74451 0612

Su

M

T

W

Th

F

Sa

LOT20613F0701

- This tool may not fit all pill bottles. It is designed to fit standard cylindrical bottles dispensed at most pharmacies.

- To use: remove liner from 3M™ repositionable adhesive.

- Stick to medicine bottle. Do not cover important information.

- Align all indicators to the left.

- Slide and click indicator to the right after taking medication each day.

- At week end simply slide and click all indicators to the left again.

- After all medication is taken, remove and stick to new medicine bottle.

DD74451   0612

Lilly