

EXHIBIT D-2