EXHIBIT

2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LISA DUER,

                                    *Plaintiff*,

            v.

BENSUSSEN DEUTSCH & ASSOCIATES,
INC.; ELI LILLY AND COMPANY,

                                    *Defendant*.

CIVIL ACTION FILE

NO. 14-cv-01589-AT

## DECLARATION OF HARRY I. LEON

I, Harry I. Leon, declare as follows:

1.      I am a patent agent registered to practice before the United States Patent and Trademark Office, Reg. Number 29019.

2.      I prepared and filed a patent application for a device to record periodic medicinal dosages on behalf of joint inventors Ravi Navare and Lisa Duer on January 11, 2007.  (A true and correct copy of the published patent application is at Ex. 1.)

3.      Ravi Navare and Lisa Duer split the fees for the application 50/50.  (A true and correct copy of the invoice and payment is at Ex. 2.)

4.      In advance of preparing the application, on September 2, 2006, Ravi Navare provided me with conceptual drawings of several embodiments of a device to record periodic medicinal dosages attached to the side of a medicine bottle.  (True and correct copies of the drawings are at Ex. 3.)

5.      I am not being compensated for my testimony.

I declare under penalty of perjury that the attached exhibits are true and correct copies and the foregoing testimony is true and correct. Executed this __ day of June, 2014, in Atlanta, Georgia.

Harry I. Leon

# EXHIBIT

# 1

PTO/SB/05 (05-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | |
| First Inventor | Lisa A. Duer |
| Title | Medicine Cap Counter |
| Express Mail Label No. | ED384905165US |

**ADDRESS TO:**  Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

### APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents.*

1. [X] **Fee Transmittal Form** (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. [X] **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. [X] **Specification** [Total Pages 10]
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
4. [X] **Drawing(s)** (35 U.S.C. 113) [Total Sheets 5]
5. **Oath or Declaration** [Total Sheets _____]
   a. [ ] Newly executed (original or copy)
   b. [ ] A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. [ ] **Application Data Sheet.** See 37 CFR 1.76
7. [ ] **CD-ROM or CD-R** in duplicate, large table or
   Computer Program *(Appendix)*
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. Computer Readable Form (CRF)
      i. [ ] Computer Readable Form (CRF)
      ii. [ ] Transfer Request (37 CFR 1.821(e))
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. [ ] **Assignment Papers** (cover sheet & document(s))
   Name of Assignee_____

10. [ ] **37 CFR 3.73(b) Statement**      [ ] **Power of**
    *(when there is an assignee)*                **Attorney**

11. [ ] **English Translation Document** *(if applicable)*

12. [ ] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    [ ] Copies of foreign patent documents,
    publications, & other information

13. [ ] **Preliminary Amendment**

14. [ ] **Return Receipt Postcard** (MPEP 503)
    *(Should be specifically itemized)*

15. [ ] **Certified Copy of Priority Document(s)**
    *(if foreign priority is claimed)*

16. [ ] **Nonpublication Request** under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.

17. [ ] **Other:**_____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[ ] Continuation    [ ] Divisional    [ ] Continuation-in-part (CIP)    of prior application No.: _____

Prior application information: Examiner _____    Art Unit: _____

### 19. CORRESPONDENCE ADDRESS

[X] The address associated with Customer Number: | 000066839 |    **OR**  [x] Correspondence address below

| | | | |
|---|---|---|---|
| Name | Harry I. Leon | | |
| Address | 924 Bowen St NW | | |
| City | Atlanta | State | Georgia |
| Country | USA | Telephone | 404 352 3882 |

Zip Code 30318
Email Address hleonant@bellsouth.net

| Signature | *Harry I. Leon* | Date | Dec 19, 2006 |
|---|---|---|---|
| Name (Print/Type) | Harry I. Leon | Registration No. (Attorney/Agent) | 29019 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/17 (01-06)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995  no persons are required to respond to a collection of information unless it displays a valid OMB control number

Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

# FEE TRANSMITTAL
## For FY 2006

☒ Applicant claims small entity status. See 37 CFR 1.27

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Lisa A. Duer |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | |

| TOTAL AMOUNT OF PAYMENT | ($) $500.00 |
|---|---|

## METHOD OF PAYMENT (check all that apply)

☒ Check  ☐ Credit Card  ☐ Money Order  ☐ None  ☐ Other (please identify): _____

☐ Deposit Account   Deposit Account Number: _____   Deposit Account Name: _____

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

☐ Charge fee(s) indicated below   ☐ Charge fee(s) indicated below, except for the filing fee

☐ Charge any additional fee(s) or underpayments of fee(s)   ☐ Credit any overpayments
under 37 CFR 1.16 and 1.17

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card
information and authorization on PTO-2038.

## FEE CALCULATION (All the fees below are due upon filing or may be subject to a surcharge.)

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| | FILING FEES | | SEARCH FEES | | EXAMINATION FEES | | |
|---|---|---|---|---|---|---|---|
| Application Type | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | 500.00 |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | |

### 2. EXCESS CLAIM FEES

| Fee Description | | Fee ($) | Small Entity Fee ($) |
|---|---|---|---|
| Each claim over 20 (including Reissues) | | 50 | 25 |
| Each independent claim over 3 (including Reissues) | | 200 | 100 |
| Multiple dependent claims | | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 20 or HP = _____ | x _____ | = _____ | |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 3 or HP = _____ | x _____ | = _____ | |

HP = highest number of independent claims paid for, if greater than 3.

| Multiple Dependent Claims | |
|---|---|
| Fee ($) | Fee Paid ($) |
| _____ | _____ |

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer
listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50
sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = _____ | / 50 = _____ | (round up to a whole number) x _____ | = _____ | |

### 4. OTHER FEE(S)

|  | Fees Paid ($) |
|---|---|
| Non-English Specification,   $130 fee (no small entity discount) | _____ |
| Other (e.g., late filing surcharge): _____ | _____ |

## SUBMITTED BY

| Signature | *Harry I. Leon* | Registration No. (Attorney/Agent) | 29019 | Telephone | 404 352 3882 |
|---|---|---|---|---|---|
| Name (Print/Type) | Harry I. Leon | | | Date | Dec. 19, 2006 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the
USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete,
including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments
on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent
and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS
ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## MEDICINE CAP COUNTER DEVICE

Inventors:   Lisa A. Duer
             Ravi Y. Navare

### BACKGROUND OF THE INVENTION

Many times persons taking medications need to be
reminded to take their medicine.  In the prior art,
a need exists for a low cost, easy-to-use device which
can be fitted onto a medicine container and used to
inform a patient as to whether he/she has taken his/her
pills.

### SUMMARY OF THE INVENTION

The object of this invention is to provide a low cost
indicating device which can be mounted on a container
holding medication and reset each time the user withdraws
medicine from the container so as to aid her in determining
whether she has taken the medicine in the amounts prescribed
by her physician.  This device is particularly useful when
the same medication needs to be taken several times a day.

In accordance with the present invention, there is
provided a device which comprises a structure in which is
defined a plurality of generally oval-shaped grooves and
a set of keys with elongated bases.  Atop the midsection
of each key is a generally oval-shaped protrusion which is

1

narrower in width and substantially shorter in length than the elongated base of the key so that the base extends both laterally and longitudinally from beneath the protrusion.

In assembled relation, the protrusion is slip-fitted into one of the grooves and can be slid back and forth manually along the longitudinal centerline of the groove. The travel of the protrusion is limited by its abutment with one or the other end of the groove. Means for temporarily holding the protrusion in abutment with a groove end includes a bump on the elongated base and a pair of spaced apart notches for engaging the bump. The notches, which are defined by the structure, are disposed transversely to the longitudinal centerline of the groove.

In the preferred embodiment, each key alternately exhibits one of two distinctive positions depending upon which end of the groove the protrusion, at any given time, is abutting. Specifically, only the first distal end of the elongated base is visible through the groove when the protrusion abuts the second end of the groove. Likewise, when the protrusion abuts the first end of the groove, only the second distal end of the elongated base is so visible. Moreover, the first distal end bears a symbol to remind a user that a pill needs to be taken; and the second distal end a symbol indicating that the pill has been taken. Suitable indicator

2

symbols include "NO" and "YES" (in any language) or a pair of icons.  Alternately, color coding can be utilized.

Preferably, the structure defining the plurality of oval-shaped grooves is a cap with a cylindrical sidewall and forms part of the closure means of the medicine container. Fitted within the cylindrical sidewall is a disc whose upper surface serves as a bearing on which the elongated bases of the keys can be slid.  Pushing the disc against the keys is a diaphragm which is held in place by a series of protrusions extending inwardly from the cylindrical sidewall.

Alternately, the structure defining the plurality of oval-shaped grooves can be mounted on a standard cap removably engageable with the medicine container or can be attached to the side of the medicine container itself.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the medicine cap counter device according to the present invention;

FIG. 2 is a top plan view of the counter device according to FIG. 1;

FIGS. 3 and 4 are side and front elevational views, respectively, of the counter device according to FIG. 1;

FIG. 5 is a cross-sectional view of the counter device taken along line 5-5 of FIG. 2;

3

FIG. 6 is an exploded view of the counter device according to FIG. 1; and

FIG. 7 is a perspective view, on an enlarged scale, of one of the indicator keys in the counter device according to FIG. 1.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the drawings, an improved device for use in reminding a person to take his medicine is indicated generally by the reference numeral 10. The device 10 includes a set of elongated keys, a support structure 11, a disc 21 and a diaphragm 23. The structure 11 defines a plurality of grooves 12, 22, 32, 42, the distal ends of each of which are rounded and mirror images of each other, giving the edges of each groove a configuration which is herein referred to as an "oval shape". Preferably doubling as a bottle cap, the structure 11 can be snap-fitted onto or otherwise temporarily secured to a medicine container (not shown) so as to form a removable closure means for it.

Each of the keys includes an elongated base 15 and a protrusion, both of which, like the grooves 12, 22, 32, 42, have rounded ends and are generally oval-shaped. Sized so that it can be slip-fitted into one of the grooves 12, 22, 32, 42, each protrusion 13 preferably measures about two-thirds the length of the groove and about one-half the length of the base 15.

4

Substantially wider in transverse cross-section than the protrusion 13 atop it, each elongated base 15 includes a pair of lateral extensions which are sandwiched between the underside of opposing edges of the groove 12, 22, 32, 42 into which the protrusion has been slip-fitted and a bearing surface 20 on the disc 21 (FIG. 5).  Thus, as the protrusion 13 travels from one end of the groove 12, 22, 32, 42 to the other, upper surfaces on the lateral extensions and the lower surface of the base 15 slide against the underside of the structure 11 and across the bearing surface 20, respectively.

Means for temporarily holding the protrusion 13 in abutment with a groove end includes a pair of bumps 17 which extend upwardly from the lateral extensions of the base 15 and a pair of spaced apart notches 28 for engaging the bumps.  Defined by the structure 11, the notches 28 so paired are disposed proximate with one of the groove ends on the underside of opposing edges of the groove 12, 22, 32, 42 and extend transversely to the longitudinal centerline of the groove (FIG. 6).  Preferably, the distance separating the notches 28 in the pair proximate with each groove end is compatible with having the protrusion 13 abut said groove end at the same time the bumps 17 engage the notches in this proximate pair.  In combination, the bumps 17 and notches 28 hold each of the protrusions 13

5

in one or the other of two distinctive positions in the grooves 12, 22, 32, 42.

With each protrusion 13 in the preferred embodiment being about one-half as long as the base 15, only one of its distal ends 19A, 19B is visible through the groove 12, 22, 32, 42 when the protrusion, in assembled relation, abuts a groove end (FIGS. 1, 2 and 7). Suitable dimensions for the groove 12, 22, 32, 42 to accommodate a key whose protrusion 13 and base 15 measure, by way of example, 10 mm and 20 mm long, respectively, are 15 mm in length and 5 mm in width.

An indication that a pill has been taken is recorded with the device 10 by sliding one of the protrusions 13 from its abutment with the first end of a groove 12, 22, 32, 42 to an abutment with the second end of the groove. In FIG. 1, by way of illustration, the protrusions 13 in grooves 12 and 22 abut the second ends of their respective grooves, whereas the protrusions in grooves 32 and 42 remain in abutment with their first ends. In the latter situation, the second distal end 19B of the base 15, with its marking "N" or the like to stand for a pill not having been taken, is visible from outside through the groove 32, 42; and the first distal end 19A with its marking "Y" or the like (to show a pill has been taken) is hidden from view.

6

Alternately, the distal ends 19A and 19B can be color-coded to indicate that a pill either has or has not been taken, respectively.  Again, to record that the medication has actually been taken, the patient or his caregiver needs to move the protrusion 13 on one of the keys so that its distal end 19B, which initially was on view through groove 12, 22, 32, 42, is slid out of view and only the distal end 19A of the key is exposed.

In the preferred embodiment, the structure 11 includes a cylindrical sidewall within which is fitted the disc 21 (FIGS. 5 and 6).  Pushing the disc against the bases 15 of the keys is the diaphragm 23.  The diaphragm 23 not only provides some spring action to hold the disc 21, the keys and the structure 11 in assembled relation but also serves as a seal when the device 10 is snap-fitted onto or otherwise temporarily secured to the medicine container.  Holding the diaphragm 23 in place is a plurality of spaced apart protrusions 24 which extend inwardly from the cylindrical sidewall (FIGS. 5 and 6).

In an alternate embodiment, the cylindrical sidewall of the structure 11 terminates downwardly in a flange or plate (not shown), the underside of which has a self adhesive surface which can be used to affix it to a standard cap for the medicine container.  A removable cover (not shown) can be used to protect the self adhesive surface until the device is ready for use.

7

What is claimed is:

1.   A device for use with a medicine container from
which pills can be dispensed, which comprises:

(a) a structure mountable on the container which
defines a plurality of open grooves, each groove terminating
distally in opposing first and second groove ends which are
each rounded; and

(b) a set of keys, each key having an elongated base
and a protrusion which is generally oval-shaped and extends
upwardly from the midsection of the elongated base, the
protrusion being narrower in width and substantially shorter
in length than the elongated base so that the base extends
both laterally and longitudinally from beneath the protru-
sion, the protrusion being slip-fitted into one of the
grooves and being slideably back and forth along the
longitudinal centerline of the groove, first and second
distal ends of the elongated base each having a different
indicator marking placed thereon; only the first distal end
being visible through the groove when the protrusion abuts
the second groove, and only the second distal end being
visible through the groove when the protrusion abuts the
first groove end, so that in use, distal ends of the
elongated base of each key alternately exhibit one of two

8

distinctive indicator markings depending upon which groove end the protrusion is abutting at any given time.

2.   The device according to claim 1 which further comprises means for temporarily holding the protrusion in abutment with the second groove end, the holding means comprising a bump on the elongated base and a pair of spaced apart notches for engaging the bump; the notches, which are defined by the structure, being disposed transversely to the longitudinal centerline of the groove.

3.   The device according to claim 1 which further comprises:

(a) a disc whose upper surface serves as a bearing on which the elongated bases of the keys can be slid; and

(b) means, including a diaphragm held in place by the structure, for pushing the disc against the elongated bases and portions of each elongated base against edges of the groove into which the protrusion has been slip-fitted.

9

## MEDICINE CAP COUNTER DEVICE

Inventors:  Lisa A. Duer
Ravi Y. Navare

### ABSTRACT

A device mountable on a medicine container for indicating whether a pill has been taken, which includes a set of keys and a plurality of open grooves with rounded ends.  Atop the elongated base of each key is a small protrusion, which, like each groove, is generally oval in shape.  In assembled relation, each protrusion is slip-fitted into one of the grooves.  Slideable along the length of the groove, the protrusion, while it abuts one or the other groove end, is held temporarily in one of two distinctive positions.  In view through an elongated portion of the groove not occupied by the protrusion is only one of two distal ends of the elongated base -- provided the protrusion abuts a groove end -- and the distal end's distinctive indicator marking.  By sliding one protrusion to the opposing groove end after each use, a patient can easily record his pill consumption.

10



Fig. 1

Fig. 2



**Fig. 3**



**Fig. 4**



**Fig. 5**



**Fig. 6**

**Fig. 7**

PTO/SB/01 (07-06)
Approved for use through 01/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | |
|---|---|---|
| | First Named Inventor | Lisa A. Duer |
| | COMPLETE IF KNOWN | |
| | Application Number | |
| [X] Declaration Submitted With Initial Filing   **OR** ,   [ ] Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Filing Date | |
| | Art Unit | |
| | Examiner Name | |

**I hereby declare that:**

Each inventor's residence, mailing address, and citizenship are as stated below next to their name.

I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

MEDICINE CAP COUNTER DEVICE

*(Title of the Invention)*

the specification of which

[X]   is attached hereto

**OR**

[ ]   was filed on (MM/DD/YYYY) [            ] as United States Application Number or PCT International

Application Number [            ] and was amended on (MM/DD/YYYY) [            ] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |

[ ]   Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/01 (07-06)
Approved for use through 01/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION — Utility or Design Patent Application

| Direct all correspondence to: | ☐ | The address associated with Customer Number: | | OR | ☒ | Correspondence address below |
|---|---|---|---|---|---|---|

**Name**

Harry I. Leon

**Address**

924 Bowen St NW

| City | State | ZIP |
|---|---|---|
| Atlanta | Georgia | 30318 |

| Country | Telephone | Email |
|---|---|---|
| USA | 404 352 3882 | hleonant@bellsouth.net |

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| **NAME OF SOLE OR FIRST INVENTOR:** | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| Lisa A. | Duer |

| Inventor's Signature | Date |
|---|---|
| *Lisa Duer* | Dec. 20, 2006 |

| Residence: City | State | Country | Citizenship |
|---|---|---|---|
| Woodstock | Georgia | USA | USA |

**Mailing Address**

267 Hiawasser Dr.

| City | State | Zip | Country |
|---|---|---|---|
| Woodstock | Georgia | 30188 | |

| ☒ | Additional inventors or a legal representative are being named on the _____ supplemental sheet(s) PTO/SB/02A or 02LR attached hereto. |
|---|---|

[Page 2 of 2]

BEST AVAILABLE COPY

PTO/SB/02A (07-06)
Approved for use through 01/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **DECLARATION** | **ADDITIONAL INVENTOR(S)** Supplemental Sheet |
|---|---|

Page __3__ of __3__

| **Name of Additional Joint Inventor, if any:** | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| Ravi Y. | Navare |

| Inventor's Signature | | Date Dec. 20, 2006 |
|---|---|---|

| Residence: City Mableton | State Georgia | Country USA | Citizenship USA |
|---|---|---|---|

Mailing Address  758 Mableton Estates Dr. SE

| City Mableton | State Georgia | Zip 30126 | Country USA |
|---|---|---|---|

| **Name of Additional Joint Inventor, if any:** | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| | |

| Inventor's Signature | Date |
|---|---|

| Residence: City | State | Country | Citizenship |
|---|---|---|---|

Mailing Address

| City | State | Zip | Country |
|---|---|---|---|

| **Name of Additional Joint Inventor, if any:** | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| | |

| Inventor's Signature | Date |
|---|---|

| Residence: City | State | Country | Citizenship |
|---|---|---|---|

Mailing Address

| City | State | Zip | Country |
|---|---|---|---|

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

BEST AVAILABLE COPY

PATENT APPLICATION SERIAL NO. _____

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## FEE RECORD SHEET

01/16/2007 BABRAHA1 00000007 11652420

```
01 FC:2011                 150.00 OP
02 FC:2111                 250.00 OP
03 FC:2311                 100.00 OP
```

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 469-267/69033

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875    Effective December 8, 2004

Application or Docket Number: 11/652,420

## APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 3 | minus 20 = 0 | X$25 = | | OR | X$50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | | minus 3 = 0 | X100 = | | | X200 = | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | ÷180= | | | ÷360= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 500 | | TOTAL | |

## APPLICATION AS AMENDED – PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus ** | = | X$25 = | | OR | X$50 = | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | = | X100 = | | OR | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | ÷180= | | OR | ÷360= | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus ** | = | X$25 = | | OR | X$50 = | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | = | X100 = | | OR | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | ÷180= | | OR | ÷360= | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# EXHIBIT

# 2

# H. LEON ENTERPRISES, INC.

924 BOWEN ST., N.W.

ATLANTA, GA 30318

PH. 404/352-3882

---

RECEIPT FOR PAYMENT

Name: _LISA A. DUER & RAVI Y. NAVARE_

Address: _267 HIAWASSEE DRIVE_    _3800 RIVERVIEW Rd_

City: _WOODSTOCK, GA 30188_    _MABLETON, GA 30126_

For the Sum of: $ _1250_ _1250_ Check No. _4846 2835_ Cash_____

With Balance Due of: $ _0.0_

As Payment for the Following Services:

_U.S. UTILITY PATENT Application_

_____

_____

Project Titled: _Mediaire Cap Counter Device_

_____

Estimated Date of Completion: _Oct 16, 2006_

Date of Payment: _Aug 30, 2006_

Received by: _Harry L Leon_

# H LEON ENTERPRISES, INC.

924 Bowen St., N.W., Atlanta, GA 30318     Ph./FAX 404 352-3882

Inventor 's Name: *L̶I̶S̶A̶ DUER, RAVI Y NAVARE*

Title of Invention: *TAKE 'N' SLIDE*

PROFESSIONAL FEES::

    U.S. Patent Search ......................................................$ 300.00
    Utility Patent Application with _2_ Embodiments    $ 3000.00
    Design Patent Application .......................................$ 2600.00
    Defense of Application .............................................$ 1500.00
    Provisional Patent Application ...............................$
    Conversion Utility to Design Patent Application............ $ .400.

U.S. PATENT OFFICE FEES:

    Filing Utility Application...............$ 500.00
    Filing Design Application...............$ 215.00
    Issue Fee Utility Patent  ...............$ 700.00
    Issue Fee for Design Patent .............$ 400.00

MAINTENANCE FEES ON PATENT (Utility Patent Only):

    Due 3-1/2 Years after Issue ............$450.00
    Due 7 Years After Issue................. $1150.00
    Due 11-1/2 Years After Issue .........$1900.00

PROFESSIONAL FEES FOR APPEAL TO THE BOARD OF PATENT APPEALS:
    (Note: An Appeal is very seldom needed.)

    Notice of Appeal .................$250.00
    Filing of Appeal Brief ...... ...$ 750.00

PATENT OFFICE FEES FOR APPEAL:

    Filing of Notice of Appeal .................$ 250.00
    Filing of Appeal Brief .....................$ 250.00

Harry I. Leon, Ph.D., P.E., Patent Agent

Date *Aug 22, 2006*

# EXHIBIT

# 3

FROM : H LEON ENTERPRISES INC       PHONE NO. : 404 352 3882       Jun. 27 2014 05:07PM P4

Att: Leon.
faxed.
PAGE 01

Lid

Bottle

B

2 guards to
prevent from
accidental tripping

sliding Buttons
Push fit and
with different
shapes

A

bottle
lid

AB cross sect.

adhesive

other
styles of
button

conceptual sketches
by   Ravi Narqne
678 945 5595
(cell)

Bottle side view
cut-away

09/2/06                Patent Note

FROM : H LEON ENTERPRISES INC        PHONE NO. : 404 352 3882        Jun. 27 2014 05:08PM P5

Attn: Leon.
faxed.



Lid

Bottle

B

sliding Buttons
Push in and
with different
shapes

A

2 guards to
prevent from
accidental tripping

bottle
Lid

AB cross sect.

adhesive

other
styles of
button

Bottle side view
cut-away

conceptual sketches
by      Ravi Navare
678 945 5595
(cell)
09/2/06
Takin' slide