## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LISA DUER                                         ) CIVIL ACTION FILE
                                                  )
              Plaintiff,      )
                                                  )
    v.                                          )
                                                  ) NO. 1:14-cv-01589-ELR
BENSUSSEN DEUTSCH &                               )
ASSOCIATES, INC.; ELI LILLY AND                   )
COMPANY,                                          )
                                                  )
              Defendant.      )
                                                  )

## STIPULATION OF TIME TO RESPOND TO COUNTERCLAIM

Now Come Plaintiff Lisa Duer ("Duer") and Defendants Bensussen Deutsch & Associates, Inc. and Eli Lilly and Company and hereby stipulate that Duer shall have through and including September 28, 2015 to respond to Defendants counterclaims in the above-referenced matter.  This extension constitutes a 30 day extension from the original response deadline. As grounds, the parties state they have reached a settlement in principle and intend to finalize settlement documents and file dismissals within this time period.

Respectfully submitted, this 27th day of August, 2015.

*/s/ Charles E. Peeler*
Charles E. Peeler
Georgia Bar No. 570399
**FLYNN PEELER & PHILLIPS LLC**
517 West Broad Avenue
P.O. Box 7 (31702)
Albany, Georgia 31701
229-446-4886 (p)
229-446-4884 (f)
cpeeler@fpplaw.com


*Counsel for Plaintiff Lisa Duer*

*/s/ Eric Lindberg*
Kevin Costanza
Michael P. Hogan
Eric Lindberg
**Seed Intellectual Property Law Group PLLC**
701 Fifth Avenue
Suite 5400
Seattle, WA 98104
(206) 622-4900 (Telephone)
(206) 682-6031 (Facsimile)

*Counsel for Defendant Bensussen Deutsch & Associates, Inc.*


*/s/ L. Scott Burwell*
L. Scott Burwell
**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
11955 Freedom Drive. Suite 800
Reston, Virginia 20190
Telephone: (571) 203-2721
Facsimile: (202) 408-4400

Virginia L. Carron
**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
3200 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308

*Counsel for Defendant Eli Lilly and Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2015, I electronically filed a true and correct copy of the foregoing through the Court's CM/ECF system which shall cause service to be electronically made to the attorneys of record.

This 27th day of August, 2015.

FLYNN PEELER & PHILLIPS LLC

*/s/ Charles E. Peeler*
Charles E. Peeler
Georgia Bar No. 570399
cpeeler@fpplaw.com